# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| BARBARA STEELE, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 3:23-cv-00301-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 26, 2024 Memorandum of Decision and Order.

March 26, 2024

Katherine Hord Simon, Clerk
United States District Court